■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE PEREZ, Also Known as JOSE PAULINO, Appellant. [764 NYS2d 348] —Judgment, Supreme Court, Bronx County (Barbara Newman, J.), rendered August 21, 2000, convicting defendant, after

a jury trial, of manslaughter in the second degree, and sentencing him to a term of 5 to 15 years, unanimously affirmed.

The court properly rejected defendant's request for a justification charge since there was no reasonable view of the evidence, viewed in a light most favorable to defendant, that would support such a charge (*see People v Cox*, 92 NY2d 1002 [1998]). Such a defense would have called upon the jury to speculate as to a version of the events that was not supported by any of the testimony (*cf. People v Galvin*, 65 NY2d 761 [1985]). Similarly, there was no reasonable view of the evidence to support defendant's request that the court submit the lesser included offense of criminally negligent homicide (*see People v Bova*, 122 AD2d 798, 799 [1986], *lv denied* 68 NY2d 810 [1986]).

We perceive no basis for reducing the sentence. Concur— Ellerin, J.P., Williams, Lerner, Friedman and Gonzalez, JJ.